BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re: <br><br> **NELNET SERVICING, LLC DATA SECURITY LITIGATION** | MDL Docket No. _____ |
|---|---|

**PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS
TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA
AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

Plaintiffs William Spearman, Brittni Linn, Jessica Alexander, Christopher Sangmeister, Taylor Vetter, Nichole Allocca, Kayli Lazard, and Bridget Cahill (the "*Spearman* Plaintiffs") and Pamela Bump, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Devinne Peterson, Justin Randall, Sofia Rodriguez, and Rachel Woods (the "*Bump* Plaintiffs") (collectively the "Movants"), who are the Plaintiffs in the Actions styled *Spearman, et al. v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03191 (D. Neb.) and *Bump, et al. v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03204 (D. Neb.), hereby move for an Order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the Actions listed in the Schedule of Actions filed concurrently herewith, and for any and all subsequently-filed related actions

For the reasons set forth herein and in Plaintiffs' accompanying Memorandum of Law in Support, Plaintiffs respectfully request the United States Judicial Panel on Multi-District Litigation to issue an Order transferring the seventeen (17) class action cases listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the U.S. District Court for the District of Nebraska for coordinated or consolidated pretrial proceedings.

Dated: September 14, 2022                    Respectfully submitted,

/s/ Christian Levis
Christian Levis
Johnathan Seredynski
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Email: clevis@lowey.com
Email: jseredynski@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Email: achristina@lowey.com

Steven L. Bloch
Ian W. Sloss
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
One Landmark Square
Fifteenth Floor
Stamford, Connecticut 06901
Tel: (203) 325-4491
Email: sbloch@sgtlaw.com
Email: isloss@sgtlaw.com
Email: zrynar@sgtlaw.com

Joel M. Carney
Jeana L. Goosmann
Joseph V. Messineo
**GOOSMANN LAW FIRM, PLC**
17838 Burke Street, Ste. 250
Omaha, NE 68118
Tel: (402) 280-7648
Email: carneyj@goosmannlaw.com
Email: goosmannj@goosmannlaw.com
Email: messineoj@goosmannlaw.com

*Counsel for Plaintiffs William Spearman, Brittni Linn, Jessica Alexander, Christopher Sangmeister, Taylor Vetter, Nichole Allocca, Kayli Lazard, and*

*Bridget Cahill, Pamela Bump, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Devinne Peterson, Justin Randall, Sofia Rodriguez, and Rachel Woods*