**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LTIGATION**

| In Re:<br><br>**NELNET SERVICING, LLC<br>DATA SECURITY LITIGATION** | **MDL Docket No. 3053** |
|---|---|

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record on September 22, 2022 via CM-ECF electronic filing system and Counsel for Defendant via email as listed below:

 Charles Kaplan - ckaplan@perrylawfirm.com

 Sara Tonjes – stonjes@perrylawfirm.com

 James Monagle – jmonagle@mullen.law


Dated: September 22, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　　Gary M. Klinger
　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Phone: 866.252.0878
　　　　　　　　　　　　　　　　　　　　Email: gklinger@milberg.com