**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3053 |

## NOTICE OF RELATED ACTIONS

Plaintiffs William Spearman, Brittni Linn, Jessica Alexander, Christopher Sangmeister, Taylor Vetter, Nichole Allocca, Kayli Lazard, Bridget Cahill, Pamela Bump, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Devinne Peterson, Justin Randall, Sofia Rodriguez, and Rachel Woods writes to notify the Panel of one (1) additional related action listed on the attached Schedule of Actions. *See Cordaro v. Nelnet Servicing, LLC*, Case No. 4:22-cv-03207 (D. Neb.) (Filed September 15, 2022). The docket sheet and complaint are attached.

Dated: September 16, 2022

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Johnathan Seredynski
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Email: clevis@lowey.com
Email: jseredynski@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Email: achristina@lowey.com

1

Steven L. Bloch
Ian W. Sloss
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
One Landmark Square
Fifteenth Floor
Stamford, Connecticut 06901
Tel: (203) 325-4491
Email: sbloch@sgtlaw.com
Email: isloss@sgtlaw.com
Email: zrynar@sgtlaw.com

Joel M. Carney
Jeana L. Goosmann
Joseph V. Messineo
**GOOSMANN LAW FIRM, PLC**
17838 Burke Street, Ste. 250
Omaha, NE 68118
Tel: (402) 280-7648
Email: carneyj@goosmannlaw.com
Email: goosmannj@goosmannlaw.com
Email: messineoj@goosmannlaw.com

*Counsel for Plaintiffs William Spearman, Brittni Linn, Jessica Alexander, Christopher Sangmeister, Taylor Vetter, Nichole Allocca, Kayli Lazard, and Bridget Cahill, Pamela Bump, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Devinne Peterson, Justin Randall, Sofia Rodriguez, and Rachel Woods*