**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| In re:<br><br>**NELNET SERVICING, LLC**<br>**DATA SECURITY LITIGATION** | **MDL Docket No. 3053** |
|---|---|

**PROOF OF SERVICE**

I hereby certify that on October 4, 2022, a true and correct copy of the foregoing *Interested Party Response of Plaintiff Francine Simmons in Support of Transfer and Coordination or Consolidation under 28 U.S.C. § 1407* on behalf of Plaintiff Francine Simmons was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Gary E. Mason*
Gary E. Mason