BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3053 |

## NOTICE OF RELATED ACTIONS

Defendant Nelnet Servicing, LLC writes to notify the Panel that two (2) additional related actions listed on the attached Schedule of Actions. *See, Ryan Gamen v. Nelnet Servicing, LLC*; (D. Neb.) Case No. 4:22-cv-03209 (Filed September 16, 2022) and *Hunter Freeland v. Nelnet Servicing, LLC*; (D. Neb.) Case No. 4:22-cv-03211 (Filed September 19, 2022). The docket sheets and complaints are attached.

Respectfully submitted,

Dated: September 29, 2022

*/s/ Claudia D. McCarron*
Claudia D. McCarron
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
cmccarron@mullen.law

*Attorneys for Defendant,*
*Nelnet Servicing, LLC*