BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3053 |

## AMENDED PROOF OF SERVICE

I hereby certify that on September 29, 2022, a copy of this Notice of Related Actions was filed electronically and served on counsel of record *via* electronic mail to the following counsel:

M. Anderson Berry (SBN 262789)
Admitted Pro Hac Vice
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, California 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
E-Mail: aberry@justice4you.com

Attorneys for Plaintiff and the Proposed Class
*Ryan Gamen v. Nelnet Servicing, LLC*

Norman E. Siegel,* Missouri Bar No. #44378
Barrett J. Vahle,* Missouri Bar No. #56674
Benjamin J. Stueve, Missouri Bar No #71197
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Emails:  siegel@stuevesiegel.com
vahle@stuevesiegel.com
ben.stueve@stuevesiegel.com

Cornelius P. Dukelow,* Oklahoma Bar No. 19086
ABINGTON COLE + ELLERY
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
(918) 588-3400 (*telephone & facsimile*)
Email: cdukelow@abingtonlaw.com

Christopher P. Welsh,
Nebraska Bar No. #22279
**WELSH & WELSH PC, LLO**
9290 West Dodge Road, Suite 204
Omaha, Nebraska 68114
Telephone: (402) 704-3258
Email: cwelsh@welsh-law.com
*\*Pro Hac Vice Forthcoming*

Attorneys for Plaintiff and the Proposed Class
*Hunter Freeland v. Nelnet Servicing, LLC*

                                                 */s/ Claudia D. McCarron*
                                                 Claudia D. McCarron