# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. __3053__    & Title - **IN RE**: __NELNET SERVICING, LLC, CUSTOMER DATA BREACH LITIGATION__

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant, EdFinancial Services, LLC

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Kohrell v. Nelnet Serving, LLC & EdFinancial Services, LLC, E.D. Tennessee, 3:22-cv-00314

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

September 29, 2022                                    _[signature]_
_____
Date                                    Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Casie D. Collignon / BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202

Telephone No.: 303.861.0600         Fax No.: 303.861.7805

Email Address: ccollignon@bakerlaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3053 |

**PROOF OF SERVICE**

I certify that on this 29th day of September, 2022, the foregoing Notice of Appearance of Casie D. Collignon was filed electronically with the Clerk of the Panel through the CM/ECF system, which will send notification of such filing to all counsel of record, including:

*Attorneys for Plaintiff:*

J. Gerard Stranch, IV
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203

Dated: September 29, 2022                         BAKER & HOSTETLER LLP

                                        By:   s/ *Casie D. Collignon*
                                                 Casie D. Collignon
                                                 ccollignon@bakerlaw.com
                                                 1801 California Street, Suite 4400
                                                 Denver, CO  80202
                                                 (303) 861-0600

                                        *Attorney for Defendant EdFinancial Services, LLC*

1