- 1 -

## BEFORE THE UNITED STATES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: NELNET SERVICING, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL DOCKET NO. 3053** |

## PROOF OF SERVICE

I hereby certify that on September 29, 2022, Plaintiffs Kennedy Freeman and Aaron Morris' Notice of Appearance (ECF No. 15) was filed electronically and served on all counsel of record through the electronic filing system.

                                                    */s/ Rachele R. Byrd*
                                                    Rachele R. Byrd