BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3053 |

## NOTICE OF RELATED ACTIONS

Defendant Nelnet Servicing, LLC writes to notify the Panel of the two (2) additional related actions listed on the attached Schedule of Actions. *See, Anthony Quinn v. Nelnet Servicing, LLC*; (D. Northern Illinois-Eastern Division) Case No. 1:22-cv-05467 (Notice of Removal Filed, October 5, 2022) and *Max Eichenblatt v. Nelnet Servicing, LLC*; (D. Middle District of Florida-Orlando Division) Case No. 6:22-cv-01794-CEM-LHP (Notice of Removal Filed October 3, 2022). The docket sheets and notices of removals are attached.

Respectfully submitted,

Dated: October 6, 2022

*/s/ Claudia D. McCarron*
Claudia D. McCarron
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
cmccarron@mullen.law

*Attorneys for Defendant,
Nelnet Servicing, LLC*