BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re: NELNET SERVICING, LLC DATA SECURITY LITIGATION | MDL Docket No. 3053 |
|---|---|

## SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 21. | **Plaintiff:** Anthony Quinn<br><br>**Defendant:** Nelnet Servicing, LLC, and Edfinancial Services, LLC | USDC Northern Illinois-Eastern Division | 1:22-cv-05467 | Hon. Manish S. Shah U.S.D.J. |
| 22. | **Plaintiff:** Max Eichenblatt<br><br>**Defendant:** Nelnet Servicing, LLC | USDC Middle District of Florida-Orlando Division | 6:22-cv-01794-CEM-LHP | Hon. Carlos E. Mendoza U.S.D.J.<br><br>Hon. Leslie Hoffman Price, U.S.M.J. |

Dated: October 6, 2022       Respectfully submitted,

*/s/ Claudia D. McCarron*
Claudia D. McCarron
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-4787
cmccarron@mullen.law
*Counsel for Defendant, Nelnet Servicing, LLC*

1