BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3053 |

## PROOF OF SERVICE

I hereby certify that on October 6, 2022, a copy of this Notice of Related Actions was filed electronically and served on counsel of record *via* electronic mail to the following counsel:

Bryan Paul Thompson
Chicago Consumer Law Center, P.C.
33 N. Dearborn St.
Suite 400
Chicago, IL 60602
312-858-3239
Email: bryan.thompson@ccic-law.com

Robert W. Harrer
Chicago Consumer Law Center, P.C.
106 N. Wilmette Ave.
Westmont, IL 60559
312-858-3240
Fax: 312-610-5646
Email: rob.harrer@ccic-law.com

Attorneys for Plaintiff: Anthony Quinn

Cassie D. Collignon, Esquire
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, Colorado  80202
Telephone No. 303-861-0600
Email:  ccollignon@bakerlaw.com

Attorney for Edfinancial Services, LLC

Edmund A. Normand
Normand Law PLLC
P.O. Box 140036
Orlando, FL 32814
407-603-6031
Email:  ed@ednormand.com

Joshua Robert Jacobson
Normand PLLC
3165 McCrory Place
Suite 175
Orlando, FL 32803
407-488-8291
Email:  JJacobson@normandpllc.com

Attorneys for Plaintiff:  Max Eichenblatt

　　　　　　　　　　　　　　　　　　　　　　*/s/ Claudia D. McCarron*
　　　　　　　　　　　　　　　　　　　　　　Claudia D. McCarron