BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NELNET SERVICING, LLC DATA SECURITY LITIGATION | MDL NO. 3053 |

### NOTICE OF WITHDRAWAL OF PRESENTATION OF ORAL ARGUMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE:** Plaintiff Neil Kitzler's attorney Kiley L. Grombacher will not be presenting oral argument at the Panel hearing session scheduled for December 1, 2022. Oral argument for Plaintiff will be presented by Terence R. Coates. Mr. Coates filed a Notice of Presentation or Waiver of Oral Argument on November 7, 2022 (MDL Docket No. 14) where Plaintiff Neil Kitzler appears as one of the parties on whose behalf he is appearing. This Notice is attached hereto as Exhibit A.

Date: November 22, 2022

Respectfully Submitted,

By,  /s/ Kiley Grombacher

**BRADLEY/GROMBACHER LLP**
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Lirit A. King, Esq.
*Attorneys for Plaintiff and the Proposed Class*